UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BATANJANY, CORY SOLOMON, PATRICK TRAVERS, and JORDAN BRODSKY,

    Plaintiffs,

-against-

CLEAR STREET MANAGEMENT LLC, CLEAR STREET DERIVATIVES LLC, CLEAR HOLDINGS LLC, CLEAR STREET LLC, CLEAR STREET HOLDINGS LLC, CLEAR STREET GROUP INC., URIEL EPHRAIM COHEN, and KENNETH ARI SICKLICK,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/21/2025_

25 Civ. 8420 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The preliminary injunction hearing scheduled for October 27, 2025, is ADJOURNED to **Monday, November 3, 2025**, at **10:00 a.m.** The parties shall appear in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    By **October 24, 2025,** the parties shall each submit a letter to the Court defining the issues for the hearing and indicating what facts, if any, they seek to prove and how those facts will be proven. If any witnesses for the parties will be providing testimony, the parties shall provide those witnesses' names and titles, as well as the estimated length of testimony.

    SO ORDERED.

Dated: October 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge