```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MICHAEL BATANJANY, CORY SOLOMON, PATRICK TRAVERS, and JORDAN BRODSKY,

        Plaintiffs,

-against-

CLEAR STREET MANAGEMENT LLC, CLEAR STREET DERIVATIVES LLC, CLEAR HOLDINGS LLC, CLEAR STREET LLC, CLEAR STREET HOLDINGS LLC, CLEAR STREET GROUP INC., URIEL EPHRAIM COHEN, and KENNETH ARI SICKLICK,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/11/2025

25 Civ. 8420 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiffs' motions to quash the subpoenas served on William Krinsky and Noel Kimmel. *See* ECF Nos. 61, 62. By **November 11, 2025, at 7:00 p.m.**, Defendants shall respond. By **November 12, 2025, at 1:00 p.m.**, Plaintiffs shall file any reply.

    SO ORDERED.

Dated: November 11, 2025
       New York, New York

ANALISA TORRES
United States District Judge