```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/10/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BATANJANY, CORY SOLOMON, PATRICK TRAVERS, and JORDAN BRODSKY,

                Plaintiffs,

-against-

CLEAR STREET MANAGEMENT LLC, CLEAR STREET DERIVATIVES LLC, CLEAR HOLDINGS LLC, CLEAR STREET LLC, CLEAR STREET HOLDINGS LLC, CLEAR STREET GROUP INC., URIEL EPHRAIM COHEN, and KENNETH ARI SICKLICK,

                Defendants.

25 Civ. 8420 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters at ECF Nos. 59, 60, 61. Accordingly:

1. By **November 11, 2025, at 5:00 p.m.,** Defendants shall respond to Plaintiffs' motion to quash at ECF No. 61 at 2. Plaintiffs shall file any reply by **November 12, 2025, at 12:00 p.m.**

2. The Court DENIES Plaintiffs' request to order Defendants to provide Plaintiffs with the contact information for counsel representing the subpoenaed witnesses. Plaintiffs have made no showing as to why they believe subpoenaed witnesses will not appear before the Court.

3. The Court DENIES Plaintiffs' request to reapportion time, without prejudice to any requests made during the November 13 show cause hearing.

4. The parties may file sworn affidavits to support their claims. *See, e.g., Go New York Tours Inc. v. Aurora Tourism Servs. Inc.*, No. 22 Civ. 10633, 2023 WL 6162305, at *6 (S.D.N.Y. Sept. 21, 2023) ("[A]ffidavits can be considered in connection with a motion for a preliminary injunction." (citation omitted)). Should either party wish to file affidavits or make additional submissions for the Court to rely on in ruling on the motion for a preliminary injunction, those submissions shall be made by **November 12, 2025, at 4:00 p.m.**

    SO ORDERED.

Dated: November 10, 2025
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge