UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BATANJANY, CORY SOLOMON, PATRICK TRAVERS, and JORDAN BRODSKY,

                    Plaintiffs,

-against-

CLEAR STREET MANAGEMENT LLC, CLEAR STREET DERIVATIVES LLC, CLEAR HOLDINGS LLC, CLEAR STREET LLC, CLEAR STREET HOLDINGS LLC, CLEAR STREET GROUP INC., URIEL EPHRAIM COHEN, and KENNETH ARI SICKLICK,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/26/2025_

25 Civ. 8420 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiffs' November 26, 2025 letter motion at ECF No. 85. Accordingly:

1. By **December 4, 2025**, Plaintiffs shall file their post-hearing brief in support of their motion for a preliminary injunction. By **December 11, 2025**, Defendants shall file their responsive post-hearing brief. By **December 16, 2025**, Plaintiffs shall file any reply.

2. Plaintiffs' post-hearing brief and Defendants' responsive post-hearing brief shall not exceed 10,000 words. Plaintiffs' reply brief shall not exceed 4,000 words.

3. By **December 2, 2025**, Plaintiffs and Defendants shall file a joint letter proposing a briefing schedule for any additional motions related to Plaintiffs' preliminary injunction motion and/or hearing. If the parties cannot agree, by that **same date**, Plaintiffs shall propose a briefing schedule, and, by **December 3, 2025,** Defendants shall respond.

4. Defendants may supplement their pending motion to seal at ECF No. 80. Any supplemental submission shall be limited to arguments regarding the portions of the transcript from the second day of the hearing, if any, that warrant sealing.

    SO ORDERED.

Dated: November 26, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge