UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BATANJANY, CORY SOLOMON,
PATRICK TRAVERS, and JORDAN
BRODSKY,

Plaintiffs,

-against-

CLEAR STREET MANAGEMENT LLC,
CLEAR STREET DERIVATIVES LLC, CLEAR
HOLDINGS LLC, CLEAR STREET LLC,
CLEAR STREET HOLDINGS LLC, CLEAR
STREET GROUP INC., URIEL EPHRAIM
COHEN, and KENNETH ARI SICKLICK,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/5/2025
```

25 Civ. 8420 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiffs' proposed briefing schedule for the outstanding and anticipated motions in this matter, as well as Plaintiffs' request for production of certain text messages. *See* ECF No. 87. The Court has also reviewed Defendants' response, ECF No. 88, and Plaintiffs' reply, ECF No. 90. Accordingly:

1. The parties shall file any declarations in support of their post-hearing briefing along with their respective post-hearing briefs. No further submissions will be permitted.

2. By **December 12, 2025**, all defense counsel shall review their communications (including but not limited to: text messages, instant messages on platforms such as WhatsApp or Signal, and email messages) with any actual or anticipated nonparty witnesses. By **that same date**, defense counsel shall provide to the Court for *in camera* review all communications sent to any actual or anticipated nonparty witness, if there be any, that mention in any way the substance of testimony presented at the November 13 or November 20, 2025 hearings prior to the witness providing testimony or a sworn declaration in this matter. By that **same date,** all defense counsel shall also submit sworn declarations addressing whether they mentioned in any way the substance of witness testimony with any actual or anticipated nonparty witness via phone conversation prior to the witness providing testimony or a sworn declaration in this matter.

3. Supplemental Sealing Submission:

   a. By **December 19, 2025,** Defendants shall supplement their motion to seal as needed. *See* Motion to Seal I, ECF No. 80; Opp. I, ECF No. 82.
   b. By **December 29, 2025**, Plaintiffs shall file their opposition.
   c. By **January 5, 2026,** Defendants shall file their reply, if any.

4.  Motion to Compel Arbitration:

    a.  By **January 12, 2026,** Plaintiffs shall file their opposition to Defendants' motion to compel arbitration.  *See* Motion to Compel Arbitration, ECF No. 35.
    b.  By **January 23, 2026,** Defendants shall file their reply, if any.

5.  Motion for Sanctions, *see* ECF No. 87-1 at 3:

    a.  By **January 26, 2026,** Plaintiffs shall file their motion for sanctions.
    b.  By **February 17, 2026,** Defendants shall file their opposition.
    c.  By **February 27, 2026,** Plaintiffs shall file their reply, if any.

6.  Motion for Contempt of Court, *see* ECF No. 87-1 at 3:

    a.  By **January 26, 2026,** Plaintiffs shall file their motion for contempt.
    b.  By **February 17, 2026,** Defendants shall file their opposition.
    c.  By **February 27, 2026,** Plaintiffs shall file their reply, if any.

All requests for adjournments or extensions of time shall be made in accordance with Rule I.C. of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: December 5, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge

2