IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BATANJANY, CORY SOLOMON, PATRICK TRAVERS, and JORDAN BRODSKY,<br><br>*Plaintiffs*,<br><br>- against -<br><br>CLEAR STREET MANAGEMENT LLC, CLEAR STREET DERIVATIVES LLC, CLEAR HOLDINGS LLC, CLEAR STREET HOLDINGS LLC, CLEAR STREET GROUP INC., URIEL EPHRAIM COHEN, and KENNETH ARI SICKLICK,<br><br>*Defendants*. | Civil Action No. 25-cv-8420 (AT) |

## DECLARATION OF RICK OSTROVE

Rick Ostrove, an attorney duly admitted to practice law before the Courts of the State of New York and the United States District Court for the Southern District of New York, hereby declares the following pursuant to 28 U.S.C. § 1746:

1. I represent the Defendants in this action. I submit this declaration to provide exhibits in a manner convenient for the Court.

2. Exhibits 1–10 were previously filed with the Declaration of Andrew Volz dated October 20, 2025 (Dkt. 35), and references thereto in our closing submissions refer to the exhibits filed with that declaration. We are also including on our list below the unredacted versions of Exhibits 9 and 10.

3. Attached to this declaration are true and accurate copies of the exhibits cited in Defendants' closing brief and in the accompanying declarations of Andrew Weg, Adam Glazer, John DiBacco, Scott Gutmanstein, James Illardi, and Tania Zivkovic. They are as follows:

1

**Exhibits**

| | |
|---|---|
| Exhibit 9 | October 3, 2025 letter from Rockett to Clear Street (unredacted) |
| Exhibit 10 | October 4, 2025 letter from Rockett to Clear Street (unredacted) |
| Exhibit 15 | Batanjany U5 |
| Exhibit 16 | Solomon U5 |
| Exhibit 17 | Brodsky U5 |
| Exhibit 18 | Travers U5 |
| Exhibit 42 | July17-18, 2025 Email Chain Involving Krinsky, Allemang, Solomon, Glazer, and Travers |
| Exhibit 43 | July 17-18, 2025 Email Chain Between Travers, Solomon, Glazer, and Allemang |
| Exhibit 43A | July 17, 2025 Email From Travers to Allemang, Solomon, and Glazer, with Attachment |
| Exhibit 44 | June 18, 2025 LinkedIn Message from Wherrett to Allemang |
| Exhibit 46 | July 24, 2025 LinkedIn Message from Wherrett to Glazer |
| Exhibit 50 | October 9, 2025 Email from Pronley to Ostrove and Costello |
| Exhibit 51 | Email exchange between Rockett and Ostrove, ending on October 8, 2025. |
| Exhibit 52 | August 13, 2025 Email from Weg to Tian (with screenshots) |
| Exhibit 53 | June 23, 2025 LinkedIn Message from Wherrett to Weg |
| Exhibit 54 | Agreements Relating to Work Share Between White Bay, Lovango, Clear Street, and Highland |
| Exhibit 57 | Official Name Change Certificate Clear Street Management LLC |
| Exhibit 58 | Lovango Shareholder Registry |
| Exhibit 62 | Court Ex. 1 |

Dated: Carle Place, New York
       December 15, 2025

                                                        S/_____
                                                        RICK OSTROVE