UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BATANJANY, CORY SOLOMON, PATRICK TRAVERS, and JORDAN BRODSKY,

                Plaintiffs,

-against-

CLEAR STREET MANAGEMENT LLC, CLEAR STREET DERIVATIVES LLC, CLEAR HOLDINGS LLC, CLEAR STREET LLC, CLEAR STREET HOLDINGS LLC, CLEAR STREET GROUP INC., URIEL EPHRAIM COHEN, and KENNETH ARI SICKLICK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/5/2026__

25 Civ. 8420 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated January 16, 2026, Plaintiffs informed the Court that the "parties have successfully negotiated and signed an agreement to arbitrate all claims between them for monetary damages." ECF No. 126. The parties agree that Plaintiffs' motions for sanctions and contempt shall remain before this Court. *See id.*; ECF Nos. 134, 136 (motions for sanctions and contempt). Accordingly, Defendants' motion to compel arbitration is DENIED as moot. *See* ECF No. 35.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 35.

SO ORDERED.

Dated: June 5, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge